UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM A. ARRAHIM,<br><br>                      Plaintiff,<br><br>   v.<br><br>PETER K. CHO, et al.,<br><br>                     Defendants. | CASE NO. 2:17-cv-1873-MJP<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 19th day of December, 2017.

                                                  BRIAN A. TSUCHIDA
                                                United States Magistrate Judge