1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM A ARRAHIM,<br><br>                     Plaintiff,<br><br>     v.<br><br>PETER K. CHO, et al.,<br><br>                     Defendants. | CASE NO. C17-1873-MJP<br><br>ORDER TO SHOW CAUSE |

The Court is in receipt of Plaintiff's "Joint" Status Report, which states that he has been unable to submit a joint report because "the defendants attorneys are unknown to the Plaintiff." (Dkt. No. 19.) The Complaint in this matter was filed on December 19, 2017. (Dkt. No. 3.) An Amended Complaint was filed on December 20, 2017. (Dkt. No. 6.) To date, Plaintiff has not provided proof that proper service of the Summons, Complaint, or Amended Complaint has been made on Defendants Peter K. Cho, Transportation Security Manager, or TSA Claims Management Branch in the manner required by Fed. R. Civ. P. 4(i). Plaintiff is hereby ordered to file a proper proof of service or to show cause by April 30, 2018 why this matter should not be dismissed without prejudice for failure to prosecute.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated April 17, 2018.

*[signature]*

Marsha J. Pechman
United States District Judge