# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IBRAHIM ARRAHIM, | CASE NO. C17-1873-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PETER K. CHO, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: Plaintiff's Motion for Default Judgment (Dkt. No. 25) is hereby STRICKEN. This case was dismissed in its entirety on May 3, 2018 for failure to prosecute (Dkt. No. 23) and judgment was entered against Plaintiff (Dkt. No. 24). Plaintiff cannot now move for entry of default.

The clerk is ordered to provide copies of this order to all counsel.

MINUTE ORDER - 1

Filed May 4, 2018.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk